

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00134-CV

**IN THE INTEREST OF D.R.**, A.D.R., K.R., A.K.R., and L.R.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00445
Honorable Genie Wright, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED August 14, 2019.

_____
Liza A. Rodriguez, Justice